

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00039-CV

| | | |
|---|---|---|
| ELIZABETH O'NEILL, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-297474-18) |
| V. | § | January 30, 2020 |
| | § | Opinion by Justice Kerr |
| EDUARDO MORALES, Appellee | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Appellant Elizabeth O'Neill shall pay all of the costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr